UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

PRENTICE COX,

                                    Plaintiff,

                        -against-

SMCP USA, INC. and 79 GREENE LLC,

                                    Defendants.

-----------------------------------------------------------------------X

Case No:   19-cv-3141

**STIPULATION OF
VOLUNTARY
DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 1 2019

        IT IS HEREBY STIPULATED AND AGREED by and among the following parties by and through their respective undersigned counsel for Plaintiff PRENTICE COX and the defendants SMCP USA, INC. and 79 GREENE LLC,, (collectively, the "Stipulating Parties") that pursuant to a confidential settlement agreement and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed with prejudice with respect to all Defendants.

Dated:  June 25, 2019

ROZARIO & ASSOCIATES, P.C.

By: _____
        Rovin R. Rozario
        Attorneys for Defendant 79 GREENE
        55 Broadway, 20th Floor
        New York, New York 10006
        212.301.2770

PAVIA & HARCOURT LLP

BY: _____
        ADAM MITZNER
        ATTORNEYS FOR SMCP USA INC.
        230 PARK AVENUE, 24TH FLOOR,
        NEW YORK, NY 10169
        212-980-3500

SEKENDIZ LAW FIRM PC

By: _____
        Ismail S. Sekendiz
        Attorneys for Plaintiff
        45 Broadway Suite 1420
        New York, New York 10006
        (212) 380-8087

                                        JUL 1 1 2019

**SO ORDERED:**

_____
George B. Daniels
United States *District Judge*

3224763.1